UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Douglas Clifford, Stuart Cook, and
Patricia Fogerty,

CASE NO. 3:11-cv-02519-EMC

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Concord Music Group, Inc.,

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑     Private ADR (*please identify process and provider*)   Mediation _____

Greg Derin - GDD Mediation & Arbitration
_____

The parties agree to hold the ADR session by:
☑     the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

☐     other requested deadline _____

Dated: 1/13/2012 _____                          /s/ Michael D. Rounds _____
                                                 Attorney for Plaintiff

Dated: 1/13/2012 _____                          /s/ Robert S. Besser _____
                                                 Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐       Non-binding Arbitration
☐       Early Neutral Evaluation (ENE)
☐       Mediation
☒       Private ADR

Deadline for ADR session
☒       90 days from the date of this order.
☐       other  _____

IT IS SO ORDERED.

Dated: ___1/27/12_____

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT