MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Phone: 415-243-4090
Facsimile: 415-243-0226
Email: mrounds@watsonrounds.com
Email: ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY


ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY DEADLINES** ; ORDER |

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART

COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and

between their attorneys of records and pursuant to L.R. 6-2, that the dates set for the close of

discovery as set forth in the Case Management and Pretrial Order for Jury Trial (Doc. #39) be extended twenty-one days as follows:

| | | | |
|---|---|---|---|
| 4. | DISPOSITIVE MOTIONS: | ~~2/2/13~~ | 2/1/13 at 1:30 p.m. |
| 5. | NON-EXPERT DISCOVERY CUT-OFF: | | 11/ 9/12 |
| 6. | EXPERT REPORTS: | | Opening reports by 11/9/12 |
| | | | Rebuttal reports by 11/30/12 |
| 7. | EXPERT DISCOVERY CUT-OFF: | | 12/ 21/12 |

This is the first request by the parties to extend these deadlines made so that the scheduling of party witnesses for depositions may be accommodated. This request will not affect the other dates of the Case Management and Pretrial Order for Jury Trial (Doc. # 39) or the trial of this matter set to commence on April 1, 2013.

Respectfully submitted,

Dated: September 25, 2012

WATSON ROUNDS

By: /s/ Michael Rounds
    MICHAEL ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD, STUART COOK and PATRICIA FOGERTY

Dated: September 25, 2012

LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
    ROBERT S. BESSER
Attorneys for Plaintiffs CONCORD MUSIC GROUP, INC.

1 **PURSUANT TO STIPUATION, IT IS SO ORDERED**

2 Dated: September 28, 2012

3 _____
UNITED STATES DISTRICT
4 COURT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED AS MODIFIED, signed Judge Edward M. Chen]*

STIPULATED REQUEST FOR ORDER
EXTENDING DISCOVERY DEADLINES         - 2 -
Case No. 3:11-cv-2519-EMC

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this date, she/he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: September 25, 2012         /s/ Jeff Tillison
                                  An Employee of Watson Rounds