In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** January 8, 2013

**Case No. and Name:** C11-2519 EMC  Clifford v. Concord Music

**Deputy Clerk:** Betty Lee

### PROCEEDINGS:

- Order regarding response

### SUMMARY:

- Defendant is ordered to file a response to the evidentiary and procedural objections raised by Plaintiffs in their reply (Docket No. 68 at 1-2).  This response shall be filed by 5:00pm on January 9, 2013.