MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Phone:  415-243-4090
Facsimile:  415-243-0226
Email:  mrounds@watsonrounds.com
Email:  ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY


ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |
|---|---|

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART

COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and

between their attorneys of record, that the dates set by which to file a dismissal (Doc. #91) be

extended thirty-two days from May 16, 2013 to June 17, 2013.

It is also stipulated that the conditional dismissal date (Doc. #92) be extended thirty days from May 21, 2013 to June 20, 2013.

This is the first request by the parties to extend these deadlines and is filed so that the parties may finalize a long-form settlement agreement, which would supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013.

Respectfully submitted,

Dated: May 15, 2013

WATSON ROUNDS

By: /s/ Michael Rounds
    MICHAEL ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD,
STUART COOK and PATRICIA FOGERTY


Dated: May 15, 2013

LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
    ROBERT S. BESSER
Attorneys for Plaintiffs CONCORD MUSIC GROUP, INC.


**PURSUANT TO STIPUATION, IT IS SO ORDERED**

Dated: May __16__, 2013        _____
                               UNITED STATES DISTRICT
                               COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

STIPULATED REQUEST FOR ORDER
EXTENDING DATE TO FILE DISMISSAL        - 1 -
Case No. 3:11-cv-02519-EMC

# CERTIFICATE OF SERVICE

The undersigned certifies that, on this date, she/he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: May 15, 2013                                                  /s/ Jeff Tillison
                                                                                  An Employee of Watson Rounds