MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Telephone:  (415) 243-4090
Facsimile:  (415) 243-0226
Email:  mrounds@watsonrounds.com
Email:  ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY

ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
Telephone: (310) 394-6611
Facsimile: (310) 394-6613
Email:  rsbesser@aol.com
Email:  christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**SECOND STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART

COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and

between their attorneys of record, that the dates set by which to file a dismissal (Doc. #91) be

extended for thirty days from June 17, 2013 to July 17, 2013.

1    It is also stipulated that the conditional dismissal date (Doc. #92) be extended a corresponding

2    thirty days from June 20, 2013 to July 20, 2013.

3    This is the second request by the parties to extend these deadlines and this stipulated

4    extension is filed so that the parties may finalize a long-form settlement agreement, which would

5

6    supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013.

7    The parties expect this request to be their final one.

8

9    Respectfully submitted,

10   Dated:  June 17, 2013

11   WATSON ROUNDS

12   By:  /s/ Michael Rounds
          MICHAEL ROUNDS
13   Attorneys for Plaintiffs DOUGLAS CLIFFORD,
     STUART COOK and PATRICIA FOGERTY
14

15   Dated:  June 17, 2013

16   LAW OFFICES OF ROBERT S. BESSER

17   By:  /s/ Robert S. Besser
          ROBERT S. BESSER
18   Attorneys for Defendant CONCORD MUSIC GROUP, INC.

19

20                          **<u>ORDER</u>**

21           **PURSUANT TO STIPUATION, IT IS SO ORDERED**

22        Dated: June ___, 2013
                      19
23                                              _____
                                                UNITED STATES DISTRICT
24                                              COURT JUDGE

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1

**CERTIFICATE OF SERVICE**

2
      The undersigned certifies that, on this date, she/he caused this document to be

3
electronically filed with the Clerk of Court using the CM/ECF system, which will send notification

4
of filing to counsel of record for each party.

5

6

7
Dated:   June 17, 2013                              */s/ Merrilyn Marsh*

                                                           An Employee of Watson Rounds

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28