MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Telephone: (415) 243-4090
Facsimile: (415) 243-0226
Email: mrounds@watsonrounds.com
Email: ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY


ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
Telephone: (310) 394-6611
Facsimile: (310) 394-6613
Email: rsbesser@aol.com
Email: christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**SECOND STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and between their attorneys of record, that the dates set by which to file a dismissal (Doc. #91) be extended for thirty days from June 17, 2013 to July 17, 2013.

It is also stipulated that the conditional dismissal date (Doc. #92) be extended a corresponding thirty days from June 20, 2013 to July 20, 2013.

This is the second request by the parties to extend these deadlines and this stipulated extension is filed so that the parties may finalize a long-form settlement agreement, which would supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013. The parties expect this request to be their final one.

Respectfully submitted,

Dated: June 17, 2013

WATSON ROUNDS

By: /s/ Michael Rounds
    MICHAEL ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD,
STUART COOK and PATRICIA FOGERTY

Dated: June 17, 2013

LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
    ROBERT S. BESSER
Attorneys for Defendant CONCORD MUSIC GROUP, INC.

### ORDER

**PURSUANT TO STIPUATION, IT IS SO ORDERED**

Dated: June 19, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

SECOND STIPULATED REQUEST FOR
ORDER EXTENDING DATE TO FILE
DISMISSAL
- 2 -
CASE NO. 3:11-CV-02519-EMC

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this date, she/he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated:   June 17, 2013           */s/ Merrilyn Marsh*
                                 An Employee of Watson Rounds