1  MICHAEL D. ROUNDS (CA Bar #133972)
   ADAM K. YOWELL (CA Bar #273661)
2  WATSON ROUNDS
   One Embarcadero Center
3  Suite 4100
   San Francisco, California 94111
4  Phone: 415-243-4090
   Facsimile: 415-243-0226
5  Email: mrounds@watsonrounds.com
   Email: ayowell@watsonrounds.com
6
   Attorneys for Plaintiffs
7  DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY

8
   ROBERT S. BESSER, State Bar No. 46541
9  CHRISTOPHER CHAPIN, State Bar No. 112608
   LAW OFFICES OF ROBERT S. BESSER
10 1221 Second Street   Suite 300
   Santa Monica, California 90401
11 TEL: (310) 394-6611
   FAX: (310) 394-6613
12 rsbesser@aol.com
   christopherchapin@aol.com
13
   Attorneys for Defendant
14 CONCORD MUSIC GROUP, INC.

15

**UNITED STATES DISTRICT COURT**
16 **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, | Case No. 3:11-cv-02519-EMC |
| 19                      Plaintiffs, | **THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |
| 20  -vs- | |
| 21  CONCORD MUSIC GROUP, INC. a Delaware corporation, | |
| 22                      Defendant. | |

24      IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART

25 COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and

26 between their attorneys of record, that the date set by which to file a dismissal (Doc. #91) be

27 extended from July 17, 2013 to August 31, 2013.

28

It is also stipulated that the conditional dismissal date (Doc. #92) be extended from July 20, 2013 to August 31, 2013.

This is the third request by the parties to extend these deadlines and this stipulated extension is filed so that the parties may finalize a long-form settlement agreement through a settlement conference with Magistrate-Judge Corley, which would supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013.  The parties expect this request to be their final one.

Respectfully submitted,

Dated:  July 16, 2013

WATSON ROUNDS

By:  /s/ Michael D. Rounds
     MICHAEL D. ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD,
STUART COOK and PATRICIA FOGERTY

Dated:  July 16, 2013

LAW OFFICES OF ROBERT S. BESSER

By:  /s/ Robert S. Besser
     ROBERT S. BESSER
Attorneys for Defendant CONCORD MUSIC GROUP, INC.

**ORDER**

**PURSUANT TO STIPUATION, IT IS SO ORDERED**

Dated:  July ___17__, 2013

_____
UNITED STATES
COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL

- 2 -

CASE NO. 3:11-CV-02519-EMC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing, **THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED July 16, 2013      /s/   Jeff Tillison
                                     Employee of Watson Rounds, P.C.

THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL          - 3 -          CASE NO. 3:11-CV-02519-EMC