MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Phone:  415-243-4090
Facsimile:  415-243-0226
Email:  mrounds@watsonrounds.com
Email:  ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY


ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and between their attorneys of record, that the date set by which to file a dismissal (Doc. #91) be extended from July 17, 2013 to August 31, 2013.

It is also stipulated that the conditional dismissal date (Doc. #92) be extended from July 20, 2013 to August 31, 2013.

This is the third request by the parties to extend these deadlines and this stipulated extension is filed so that the parties may finalize a long-form settlement agreement through a settlement conference with Magistrate-Judge Corley, which would supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013.  The parties expect this request to be their final one.

Respectfully submitted,

Dated:  July 16, 2013

WATSON ROUNDS

By: /s/ Michael D. Rounds
   MICHAEL D. ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD,
STUART COOK and PATRICIA FOGERTY

Dated:  July 16, 2013

LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
   ROBERT S. BESSER
Attorneys for Defendant CONCORD MUSIC GROUP, INC.

**ORDER**

**PURSUANT TO STIPUATION, IT IS SO ORDERED**

Dated: July __17_, 2013          _____
                                  UNITED STATES
                                  COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL       - 2 -       CASE NO. 3:11-CV-02519-EMC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing, **THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED July 16, 2013        /s/   Jeff Tillison
                                                Employee of Watson Rounds, P.C.

THIRD STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL         - 3 -         CASE NO. 3:11-CV-02519-EMC