MICHAEL D. ROUNDS (CA Bar #133972)
ADAM K. YOWELL (CA Bar #273661)
WATSON ROUNDS
One Embarcadero Center
Suite 4100
San Francisco, California 94111
Phone:  415-243-4090
Facsimile:  415-243-0226
Email:  mrounds@watsonrounds.com
Email:  ayowell@watsonrounds.com

Attorneys for Plaintiffs
DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY


ROBERT S. BESSER, State Bar No. 46541
CHRISTOPHER CHAPIN, State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Attorneys for Defendant
CONCORD MUSIC GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONCORD MUSIC GROUP, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02519-EMC<br><br>**FOURTH STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE** |

IT IS HEREBY stipulated by and between Plaintiffs, DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, and Defendant, CONCORD MUSIC GROUP, INC., by and between their attorneys of record, that the date set by which to file a dismissal (Doc. #91) be extended from August 31, 2013 to September 30, 2013.

FOURTH STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL         - 1 -         CASE NO. 3:11-CV-02519-EMC

It is also stipulated that the conditional dismissal date (Doc. #92) be extended from August 31, 2013 to September 30, 2013.

This is the fourth request by the parties to extend these deadlines and is made because an unexpected illness of one of the participants required the rescheduling of the settlement conference from August 21, 2013 to September 4, 2013.  This stipulated extension is filed so that the parties may finalize a long-form settlement agreement through a settlement conference with Magistrate-Judge Corley, which would supersede the Memorandum of Settlement Agreement signed by the parties on February 13, 2013.  The parties expect this request to be their final one.

Respectfully submitted,

Dated:  August 22, 2013

WATSON ROUNDS

By:  /s/ Michael D. Rounds
     MICHAEL D. ROUNDS
Attorneys for Plaintiffs DOUGLAS CLIFFORD, STUART COOK and PATRICIA FOGERTY

Dated:  August 22, 2013

LAW OFFICES OF ROBERT S. BESSER

By:  /s/ Robert S. Besser
     ROBERT S. BESSER
Attorneys for Defendant CONCORD MUSIC GROUP, INC.

**ORDER**

**PURSUANT TO STIPUATION, IT IS SO ORDERED.**

Dated: August 26, 2013

_____
UNITED STATES
COURT JUDGE

[APPROVED — Judge Edward M. Chen]

FOURTH STIPULATED REQUEST FOR
ORDER EXTENDING DATE TO FILE          - 2 -          CASE NO. 3:11-CV-02519-EMC
DISMISSAL

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing, **FOURTH STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL AND/OR NOTICE REINSTITUTING CASE**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED August 22, 2013         /s/   *Jeff Tillison*
                              Employee of Watson Rounds, P.C.

FOURTH STIPULATED REQUEST FOR ORDER EXTENDING DATE TO FILE DISMISSAL         - 3 -         CASE NO. 3:11-CV-02519-EMC