**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, <br><br> Plaintiffs, <br><br> -vs- <br><br> CONCORD MUSIC GROUP, INC. a Delaware corporation, <br><br> Defendant. | Case No. 3:11-cv-02519-EMC <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

UPON STIPULATION OF THE PARTIES, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii),

Plaintiffs' First Amended Complaint (Dkt. #16) and this action is hereby dismissed with prejudice

with each party bearing its own fees and costs.

DATED: _____10/3/13_____        _____

UNIT─────────────────────RT JUDGE

APPROVED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORDER FOR DISMISSAL
WITH PREJUDICE                     - 1 -                     CASE NO. 3:11-CV-02519-EMC