# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CLIFFORD, STUART COOK, and PATRICIA FOGERTY, <br><br> Plaintiffs, <br><br> -vs- <br><br> CONCORD MUSIC GROUP, INC. a Delaware corporation, <br><br> Defendant. | Case No. 3:11-cv-02519-EMC <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

UPON STIPULATION OF THE PARTIES, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiffs' First Amended Complaint (Dkt. #16) and this action is hereby dismissed with prejudice with each party bearing its own fees and costs.

DATED: __10/3/13_____    _____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Edward M. Chen